UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80574-BLOOM/Reinhart

RICHARD RITENOUR,

       Plaintiff,

v.

AMERIGAS PROPANE, INC.,

       Defendant.
                                       /

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** is before the Court upon Defendant Amerigas Propane, Inc.'s ("Defendant") Motion to Tax Costs, ECF No. [48], and Motion for Attorneys' Fees, ECF No. [49], (collectively, the "Motions"). On April 8, 2019, the Motions were referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation, ECF No. [50]. Judge Reinhart issued a Report and Recommendation (the "Report"), recommending that the Motion to Tax Costs, ECF No. [48], be granted in part and denied in part, and the Motion for Attorneys' Fees, ECF No. [49], be denied in full. *See* Report, ECF No. [62].

The Report advised the parties that they had fourteen (14) days from the receipt of the Report and Recommendation to file any written objections. ECF No. [62], at 9. Accordingly, objections to the Report and Recommendation were required by July 8, 2019. To date, neither party has filed any objections, nor have they sought an extension of time to do so. The Court has, nonetheless, conducted a *de novo* review of Judge Reinhart's Report, the record, and is

Case No. 18-cv-80574-BLOOM/Reinhart

otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Reinhart's Report to be well reasoned and correct and agrees with the Report's analysis. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [62]**, is **ADOPTED**.

2. The Motion to Tax Costs, **ECF No. [48]**, is **GRANTED IN PART AND DENIED IN PART**. Defendant is awarded **$2,059.00** in costs.

3. The Motion for Attorney's Fees, **ECF No. [49]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 10, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Bruce E. Reinhart

Counsel of Record